UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COOPER,<br><br>           Plaintiff,<br><br>   v.<br><br>S. CLINE,<br><br>           Defendant. | Case No. 23-cv-03087-HSG<br><br>**ORDER OF DISMISSAL** |

On June 22, 2023, the Court docketed a handwritten pleading with the caption, "Charles Cooper v. S. Cline," requesting action from this Court and alleging that defendant Cline had been harassing him for three years. Dkt. No. 1. Based on this request, the Court opened this case. That same day, the Court sent Plaintiff deficiency notices, instructing Plaintiff that he was required to (1) file his complaint on a complaint by a prisoner form, and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis*. Dkt. Nos. 2, 4. The Court sent Plaintiff a blank complaint form and a blank *in forma pauperis* application form. *Id*.

The deadline to file (1) a complaint and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis* has passed. Plaintiff has not filed the required documents or otherwise communicated with the Court. This action cannot proceed without a signed complaint on the proper form with the necessary information, and either the filing fee or an application to proceed *in forma pauperis*. Accordingly, this action is DISMISSED for failure to meet these filing requirements. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a signed complaint on the proper form with the necessary information and either the filing fee or an application to proceed *in forma pauperis*.

1  The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all
2  pending motions as moot, and close the case.
3  **IT IS SO ORDERED.**
4  Dated: 10/5/2023

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge